JILL A. GUTIERREZ (#258138)
gutierrez.jill@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

CASE COLLARD (#245834)
collard.case@dorsey.com
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 689-3400
Facsimile: (303) 629-3450

Attorney for Plaintiffs
Crumbl LLC, Crumbl IP, LLC,
and Crumbl Franchising, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

CRUMBL LLC, a Utah Limited Liability Company, CRUMBL IP, LLC, a Utah Limited Liability Company, and CRUMBL FRANCHISING, LLC, a Utah Limited Liability Company,

*Plaintiff,*

vs.

CRUMBLES COOKIES LLC, a California Limited Liability Company,

*Defendants.*

CASE NO.

District Judge:

**COMPLAINT FOR DECLARATORY JUDGMENT**

**DEMAND FOR JURY TRIAL**

Action Filed:
Trial Date: None Set

Plaintiffs Crumbl LLC, a Utah limited liability company, Crumbl IP, LLC, a Utah limited liability company, and Crumbl Franchising, LLC, a Utah limited liability company (collectively "Crumbl" or "Plaintiff"), files the instant complaint against Defendant Crumbles Cookies LLC, a California limited liability company ("Crumbles" or "Defendant"). Plaintiff hereby alleges as follows:

**NATURE OF THE ACTION**

1. By this action, Plaintiff seeks a declaration that it has not infringed and does not infringe the claimed common law trademark rights of Defendant in the unregistered mark "Crumbles Cookies" and that Crumbles Cookies' advertising must be limited to an area commensurate with its claimed common law trademark rights (if any) at the time that Plaintiff received its registered trademarks.

2. Plaintiff has hundreds of franchisee stores utilizing its registered trademarks covering the name "CRUMBL COOKIES." At its stores, Plaintiff sells its signature scratch-made gourmet cookies, as well as ice cream and other bakery items. Plaintiff packages its cookies, still-warm, in its unique oblong pink boxes featuring its "CRUMBL COOKIES" logo. Plaintiff sells its cookies from its distinctive modern storefronts where customers enjoy a seamless ordering experience on the Crumbl app or on iPads mounted to the kitchen walls. Plaintiff's timely cookie flavors rotate weekly, which customers keep up on through Plaintiff's active social media accounts.

3. Plaintiff's unique business is successful, popular, and expanding. Defendant has contacted Plaintiff and threatened litigation if Plaintiff operates its stores utilizing its registered trademarks within a 30-mile radius of Defendant's single "Crumbles Cookies" bakery in Corona, California. Plaintiff already has several successful stores in Southern California and intends to continue to expand in the region. Therefore, Plaintiff seeks a declaratory judgment adjudicating Defendant's claim that the operation of stores within a 30-mile radius by Plaintiff infringes on Defendant's purported common law trademark rights in another name,

"Crumbles Cookies." Plaintiff also seeks a declaratory judgment limiting Crumbles Cookies advertising to an area commensurate with its claimed common law trademark rights (if any) at the time that Plaintiff received its registered trademarks.

**PARTIES**

4. Plaintiff Crumbl LLC is a Utah limited liability company with its principal place of business in Orem, Utah.

5. Plaintiff Crumbl IP, LLC is a Utah limited liability company with its principal place of business in Orem, Utah.

6. Plaintiff Crumbl Franchising, LLC is a Utah limited liability company with its principal place of business in Orem, Utah.

7. Defendant Crumbles Cookies LLC is a California limited liability company with its principal place of business in Corona, California.

**JURISDICTION AND VENUE**

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338. The claims alleged in this Complaint arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Lanham Act, 15 U.S.C. § 1052, et seq. Further, there is diversity jurisdiction, as Plaintiff is a citizen of Utah and Defendant is a citizen of California, and the amount in controversy exceeds $75,000.00.

9. Venue is properly laid in this district pursuant to 28 U.S.C. § 1391(b)(1), which permits venue in the judicial district where any defendant resides if all defendants reside in the same state. Crumbles is the sole defendant in this action and maintains its principal place of business at 1191 Magnolia Ave., Suite C, Corona, California 92879, which is within the Central District of California.

10. This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant's principal place of business is in Corona, California.

11. An actual case or controversy exists between the parties. Plaintiff has

registered trademarks covering the term "CRUMBL COOKIES" and has hundreds of stores nationwide, including several in Southern California, utilizing its trademarks. Defendant has threatened litigation against Plaintiff, claiming that it possesses common law trademark rights that constitute prior use of another unregistered mark, "Crumbles Cookies," within 30 miles of Corona, California, under 15 U.S.C. § 1115(b)(5). Defendant has simultaneously claimed that Defendant's own marketing need not be limited to the geographical area in which it can prove it had established market penetration (if any) before the date of Plaintiff's trademark registrations. These assertions threaten Plaintiff.

## FACTUAL BACKGROUND

### A. Plaintiff Registers its CRUMBL COOKIES Trademarks and Opens Hundreds of Successful Stores Throughout the United States.

12. Plaintiff has 221 stores in 34 states, utilizing its CRUMBL COOKIES mark and selling its signature gourmet cookies. This includes several stores in Southern California.

13. Plaintiff has registered the following federal trademarks:

(a) U.S. Reg. Number 5855051 (Exhibit A hereto), filed Aug. 29, 2018, and registered Sept. 10, 2019, for its "CRUMBL COOKIES" logo.

(b) U.S. Reg. Number 5910669 (Exhibit B hereto), filed Feb 22, 2018, and registered Nov. 12, 2019, for the word "CRUMBL."

(c) U.S. Reg. Number 6305598 (Exhibit C hereto), filed Aug. 7, 2020, and registered Mar. 30, 2021, for the design of its "CRUMBL COOKIES" packaging.

14. Plaintiff's registered trademarks each encompass the word mark "CRUMBL COOKIES."

15. Plaintiff's Southern California stores have been highly successful, and Plaintiff is currently planning to open additional stores in Southern California, to be

announced in the future.

**B. Defendant Asserts a Common Law Right to Use the "Crumbles Cookies" Mark Within a 30-Mile Radius of Corona, California, and Threatens to Sue Plaintiff Over its Use of "CRUMBL COOKIES" Within that Radius.**

16. In February 2021, Plaintiff received a letter from counsel for Defendant. Defendant noted that it was aware that Plaintiff had been using the "CRUMBL COOKIES" mark since 2018. Defendant asserted that Defendant had been in the business of selling cookies and breakfast pastries continuously and in good faith since 2005 in Corona, California using the unregistered mark "Crumbles Cookies." Defendant asserted that the "CRUMBL COOKIES" mark registered by Plaintiff was confusingly similar to the unregistered "Crumbles Cookies" mark used by Defendant. Defendant claimed that it therefore had a common law trademark right to operate within a 30-mile radius of Corona, California pursuant to 15 U.S.C. § 1115(b)(5). Counsel for Defendant claimed that Plaintiff would be legally prohibited from having stores utilizing its CRUMBL COOKIES mark within that same 30-mile radius.

17. That 30-mile radius would encompass far more than the city of Corona, California, and would expand through much of Riverside County, and even into Orange, Los Angeles, and San Bernardino Counties. This is significant because Plaintiff currently has locations in Orange, Los Angeles, and San Bernardino Counties, with immediate plans to expand further in the Southern California region, including within 30 miles of the Crumbles Cookies location.

18. Between February 2021 and the time of filing this action, counsel for Plaintiff and Defendant attempted to negotiate in the hopes of reaching an agreement, but were ultimately unable to do so, necessitating this action for a declaratory judgment.

19. Defendant asserts that there is a likelihood of confusion between these marks.

20. "CRUMBL COOKIES" is a different name than "Crumbles Cookies."

It is intentionally misspelled.

21. Plaintiff's brand and business are distinctive. Plaintiff's businesses have unique modern storefronts and its characteristic branding, which have now spread to 221 locations in 34 states, and growing. Even if a customer were to walk into a Crumbl storefront under the mistaken belief that this was affiliated with Plaintiff's single bakery in Corona, California, the customer would be disabused of this notion upon stepping inside Plaintiff's unique business.

22. Even if Defendant could demonstrate common law trademark right to operate within a certain geographic radius (it cannot), Plaintiff asserts that the appropriate radius is not the 30 miles that Defendant has asserted. The parties further disagree regarding Defendant's right to continue marketing in areas that are protected by Crumbl's trademark.

**COUNT I**

**(Declaratory Relief)**

23. Plaintiff re-alleges and incorporates by reference all of the allegations set forth in the preceding paragraphs as if fully set forth here.

24. An actual, present, and justiciable controversy has arisen regarding the validity of Defendant's claim to a common law trademark to the unregistered mark "Crumbles Cookies" under 15 U.S.C. § 1115(b)(5).

25. Plaintiff seeks a declaratory judgment from this Court that its use of the registered trademark "CRUMBL COOKIES" in connection with its goods and services does not infringe any valid and enforceable trademark rights of Defendant in the term "Crumbles Cookies."

26. Plaintiff further seeks a declaratory judgment from this Court that it is therefore entitled to market and sell its services under the "CRUMBL COOKIES" mark without restrictions, including throughout Corona, California.

27. In the alternative, Plaintiff seeks a declaratory judgment from this Court setting the radius at two miles from the Defendant's location at 1191 Magnolia Ave.,

Suite C, Corona, California 92879.

28. Plaintiff further seeks a declaratory judgment from this Court limiting Defendant's marketing to the geographical area in which it can prove it had established market penetration (if any) before the date of Plaintiff's trademark registrations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Court enter a judgment in its favor as follows:

1. Declaring that Plaintiff's use of the registered trademark CRUMBL COOKIES in connection with its goods and services does not infringe any valid and enforceable trademark rights of Defendant in the term "Crumbles Cookies";

2. Declaring that Plaintiff is entitled to market and sell its services under the CRUMBL COOKIES mark without restrictions, including throughout Corona, California;

3. In the alternative, declaring a protected radius of two miles from the Defendant's location at 1191 Magnolia Ave., Suite C, Corona, California 92879 and limiting Defendant's marketing to the geographical area in which it can prove it had established market penetration (if any) before the date of Plaintiff's trademark registrations.

4. Awarding Plaintiff its attorneys' fees, costs, and expenses in this action;

5. Awarding any such other further relief to which Plaintiff may be entitled as a matter of equity, or which the Court deems just and proper.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**JURY TRIAL DEMAND**

Plaintiff demands a jury trial.

| Dated: July 30, 2021 | Respectfully submitted,<br><br>By: */s/ Case Collard*<br>CASE COLLARD<br>JILL A. GUTIERREZ<br>DORSEY & WHITNEY LLP<br><br>Attorneys for Plaintiffs<br>Crumbl LLC, Crumbl IP, LLC, and<br>Crumbl Franchising, LLC |
|---|---|

# Exhibit A

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search  Print

**Generated on:** This page was generated by TSDR on 2021-05-27 13:45:17 EDT

**Mark:** CRUMBL COOKIES

crumbl cookies

**US Serial Number:** 88097536

**Application Filing Date:** Aug. 29, 2018

**US Registration Number:** 5855051

**Registration Date:** Sep. 10, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 10, 2019

**Publication Date:** Mar. 26, 2019

## Mark Information

Collapse All

**Mark Literal Elements:** CRUMBL COOKIES

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the wording "CRUMBL" over the wording "COOKIES", all to the right of a design of a chef with a mustache smile in a chef's hat, wherein the upper right portion of the chef's hat is stylized to resemble a cookie.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "CRUMBLE COOKIES"

**Design Search Code(s):** 02.01.01 - Portraiture of men facing forward; Men - heads, portraiture, or busts facing forward; Heads of men facing forward; Bus men facing forward
02.01.20 - Men, butchers, chefs, and bakers; Chefs (men); Bakers (men); Butchers (men)
02.01.31 - Men, stylized, including men depicted in caricature form
08.01.05 - Fortune cookies; Cookies

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bakery goods, namely, cookies

**International Class(es):** 030 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 15, 2018

**Use in Commerce:** Apr. 19, 2018

Privacy - Terms

Exhibit A, Page 10

**For:** Retail bakery shops; online retail bakery shops; retail shops featuring baked goods

**International Class(es):** 035 - Primary Class
**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 15, 2018
**Use in Commerce:** Apr. 19, 2018

**For:** Delivery of bakery goods, namely, cookies

**International Class(es):** 039 - Primary Class
**U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 15, 2018
**Use in Commerce:** Apr. 19, 2018

## Basis Information (Case Level)

**Filed Use:** Yes
**Currently Use:** Yes

**Filed ITU:** No
**Currently ITU:** No

**Filed 44D:** No
**Currently 44E:** No

**Filed 44E:** No
**Currently 66A:** No

**Filed 66A:** No
**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** CRUMBL IP, LLC

**Owner Address:** 815 W. UNIVERSITY PARKWAY
OREM, UTAH UNITED STATES 84058

**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** UTAH

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kara K Martin

**Attorney Primary Email Address:** kmartin@fblglaw.com
**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** KARA K MARTIN
THE FRANCHISE & BUSINESS LAW GROUP
57 WEST 200 SOUTH, STE 350
SALT LAKE CITY, UTAH UNITED STATES 84101

**Phone:** 801-575-5001
**Fax:** 801-880-7640

**Correspondent e-mail:** kmartin@fblglaw.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 13, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |

Privacy - Terms

| | | |
|---|---|---|
| Sep. 10, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 04, 2019 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| Apr. 24, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Mar. 26, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 26, 2019 | PUBLISHED FOR OPPOSITION | |
| Mar. 06, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 15, 2019 | ASSIGNED TO LIE | 66121 |
| Jan. 30, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 30, 2019 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 30, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jan. 30, 2019 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jan. 30, 2019 | EXAMINERS AMENDMENT -WRITTEN | 93933 |
| Dec. 18, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 18, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 18, 2018 | NON-FINAL ACTION WRITTEN | 93933 |
| Dec. 12, 2018 | ASSIGNED TO EXAMINER | 93933 |
| Sep. 08, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 07, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 01, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Sep. 10, 2019

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

# Exhibit B

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

  

**Generated on:** This page was generated by TSDR on 2021-05-27 13:44:59 EDT

**Mark:** CRUMBL

CRUMBL

**US Serial Number:** 87807481

**Application Filing Date:** Feb. 22, 2018

**US Registration Number:** 5910669

**Registration Date:** Nov. 12, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Supplemental

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Amended to Principal Register:** No

**Date Amended to Current Register:** Aug. 28, 2019

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 12, 2019

## Mark Information

Collapse All

**Mark Literal Elements:** CRUMBL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "CRUMBLE"

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cookies

**International Class(es):** 030 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 07, 2017

**Use in Commerce:** Aug. 16, 2017

**For:** Retail bakery shops featuring cookies; online retail bakery shops featuring cookies; retail shops featuring cookies

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

Privacy - Terms

**First Use:** Aug. 07, 2017 **Use in Commerce:** Aug. 16, 2017

**For:** Delivery of bakery goods, namely, cookies

**International Class(es):** 039 - Primary Class **U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 07, 2017 **Use in Commerce:** Aug. 16, 2017

## Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44E:** No

**Filed 44E:** No **Currently 66A:** No

**Filed 66A:** No **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** CRUMBL IP, LLC

**Owner Address:** 815 W. UNIVERSITY PARKWAY
OREM, UTAH UNITED STATES 84058

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** UTAH

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kara K Martin

**Attorney Primary Email Address:** kmartin@fblglaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Kara K Martin
THE FRANCHISE & BUSINESS LAW GROUP
57 WEST 200 SOUTH
STE 350
SALT LAKE CITY, UTAH UNITED STATES 84101

**Phone:** 801-575-5001 **Fax:** 801-880-7640

**Correspondent e-mail:** kmartin@fblglaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 13, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 12, 2019 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Oct. 04, 2019 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Sep. 30, 2019 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Sep. 27, 2019 | EXAMINER'S AMENDMENT ENTERED | 68552 |

Privacy - Terms

| | | |
|---|---|---|
| Sep. 27, 2019 | ASSIGNED TO LIE | 68552 |
| Sep. 27, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 27, 2019 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 27, 2019 | EXAMINERS AMENDMENT -WRITTEN | 81111 |
| Aug. 28, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 28, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 28, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 11, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 11, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 11, 2019 | NON-FINAL ACTION WRITTEN | 81111 |
| May 18, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 17, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 17, 2019 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 88889 |
| May 17, 2019 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| May 17, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 10, 2019 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 88889 |
| May 10, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Nov. 19, 2018 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Nov. 19, 2018 | FINAL REFUSAL E-MAILED | |
| Nov. 19, 2018 | FINAL REFUSAL WRITTEN | 81111 |
| Oct. 19, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 19, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 19, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 21, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 21, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 21, 2018 | NON-FINAL ACTION WRITTEN | 81111 |
| Jun. 06, 2018 | ASSIGNED TO EXAMINER | 81111 |
| Mar. 05, 2018 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Mar. 05, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Mar. 01, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 26, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Nov. 12, 2019

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

# Exhibit C

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

**Generated on:** This page was generated by TSDR on 2021-05-27 13:45:29 EDT

**Mark:** CRUMBL COOKIES




**US Serial Number:** 90099708

**Application Filing Date:** Aug. 07, 2020

**US Registration Number:** 6305598

**Registration Date:** Mar. 30, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 30, 2021

**Publication Date:** Jan. 12, 2021

## Mark Information

Collapse All

**Mark Literal Elements:** CRUMBL COOKIES

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a of a product packaging design configuration consisting of a pink package with the stylized design of four outlined in black with black chocolate chips, the first being a whole cookie, the next cookie having a small bite taken out, the thirc with a large bite, and the last cookie is half eaten with crumbs next to it; on the lower part of the packaging is the stylized design chef with a chef hat and mustache, all in black, to the right of which is the wording "CRUMBL COOKIES" in black. The matter sh broken lines depicting the shape of the box show the placement of the mark and is not claimed as part of the mark. The shape o is not claimed as a feature of the mark. The white background is not claimed as a feature of the mark.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) pink and black is/are claimed as a feature of the mark.

**Disclaimer:** "CRUMBLE COOKIES"

**Design Search Code(s):** 02.01.01 - Men - heads, portraiture, or busts facing forward; Portraiture of men facing forward; Heads of men facing forward; Bus men facing forward
02.01.20 - Men, butchers, chefs, and bakers; Chefs (men); Butchers (men); Bakers (men)
02.11.06 - Toupees; Wigs; Mustaches; Beards; Hair; Hair extensions; Human hair, locks of hair, wigs, beards, mustaches
08.01.05 - Fortune cookies; Cookies
09.05.06 - Chef's Hat
19.07.04 - Cartons, flattened; Flattened packages and cartons; Packages, flattened
29.04.01 - Red or pink (single color used on packaging, labels or signs)

## Related Properties Information

**Claimed Ownership of US** 5855051, 5910669

Privacy - Terms

**Registrations:**

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bakery goods, namely, cookies

**International Class(es):** 030 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Sep. 27, 2018

**Use in Commerce:** Nov. 28, 2018

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Crumbl LLC

**Owner Address:** 815 W. University Parkway
Orem, UTAH UNITED STATES 84058

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** UTAH

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Tiffany D.W. Shimada

**Docket Number:** T285031.US.0

**Attorney Primary Email Address:** ip.docket.slc@dorsey.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** TIFFANY D.W. SHIMADA
DORSEY & WHITNEY LLP
IP DEPARTMENT
111 S. MAIN STREET, SUITE 2100
SALT LAKE CITY, UTAH UNITED STATES 84111-2176

**Phone:** 801-933-7360

**Fax:** 801-933-7373

**Correspondent e-mail:** ip.docket.slc@dorsey.com
shimada.tiffany@dorsey.com
kleiner.pamela@dorsey.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

Privacy - Terms

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 30, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 12, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 12, 2021 | PUBLISHED FOR OPPOSITION | |
| Dec. 23, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 09, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 08, 2020 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 08, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 08, 2020 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 08, 2020 | EXAMINERS AMENDMENT -WRITTEN | 90290 |
| Dec. 02, 2020 | ASSIGNED TO EXAMINER | 90290 |
| Sep. 10, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 09, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 11, 2020 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Mar. 30, 2021

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

**Exhibit C, Page 20**